# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160183(41)

ORAS TAYLOR, Personal Representative
of the ESTATE OF EFFIE TAYLOR,
       Plaintiff-Appellee,

v

SC: 160183
COA: 338801
Oakland CC: 2015-147003-NH

UNIVERSITY PHYSICIAN GROUP, LEGACY
SHGD, VHS SINAI GRACE HOSPITAL, INC.,
TENET HEALTHCARE CORPORATION, VHS
OF MICHIGAN, INC., VHS PHYSICIANS OF
MICHIGAN, DMC LAHSER AMBULATORY,
and DMC LAHSER CAMPUS,
       Defendants
and

FRANKLIN MEDICAL CONSULTANTS, PC,
and MANUEL SKLAR,
       Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of the Michigan State Medical Society to file a brief amicus curiae is GRANTED. The revised amicus brief submitted on March 3, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



Clerk